UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. **13-1931** as

[✔] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Zvi Guttman, Litigation Trustee

_____ as the
(party name)

[ ] appellant(s)  [✔] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ Richard M. Goldberg
(signature)

| | |
|---|---|
| Richard M. Goldberg | (410) 385-4274 |
| Name (printed or typed) | Voice Phone |
| Shapiro, Sher, Guinot & Sandler | (410) 539-7611 |
| Firm Name (if applicable) | Fax Number |
| 36 South Charles Street, 21st Floor | |
| Baltimore, MD 21202 | rmg@shapirosher.com |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE**

I certify that on **July 25, 2013** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Annapoorni R. Sankaran<br>Greenberg Traurig, LLP<br>1000 Louisiana St., Suite 1700<br>Houston, TX 77002 | Lori Simpson, Esq.<br>Law Office of Lori Simpson, LLC<br>1400 South Charles Street, 3rd Floor<br>Baltimore, MD 21230 |

/s/ Richard M. Goldberg                                    7/25/2013
       Signature                                                    Date

11/17/2011
SCC